

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JOHN M. DICKSON, JR.,

    Plaintiff,

v.                              Civil Action No. 3:08CV472

N. KOLONGO,

    Defendant.

**MEMORANDUM OPINION**

Dickson, a former Virginia inmate proceeding pro se and in forma pauperis, submitted this challenge to the conditions of his confinement pursuant to 42 U.S.C. § 1983. Dickson seeks only injunctive relief. On November 4, 2008, Dickson informed the Court that his new address was a private residence in Hampton, Virginia. Accordingly, on March 19, 2009, the Court ordered Dickson to show cause within eleven (11) days for not dismissing this action as moot. See LaFaut v. Smith, 834 F.2d 389, 395 (4th Cir. 1987); Inmates v. Owens, 561 F.2d 560, 562 (4th Cir. 1977). Dickson has not responded. Dickson's complaint will be DISMISSED AS MOOT.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Dickson.

And it is so Ordered.

                                      /s/           REP
                              Robert E. Payne
Date: May 27, 2009       Senior United States District Judge
Richmond, Virginia